**MINUTE ENTRY**

| | |
|---|---|
| **BEFORE:** | **Magistrate Judge Steven M. Gold** |
| **DATE** | **July 11, 2019** |
| **TIME:** | **5:30 p.m.** |
| **DOCKET NUMBER(S):** | **MJ 16-1151 (SMG)** |
| **NAME OF CASE(S):** | **USA v. Babayoff** |
| **FOR PLAINTIFF(S):** | **Campos** |
| **FOR DEFENDANT(S):** | **Ruhnke** |
| **FTR/COURT REPORTER:** | **5:28-5:40** |

**TELEPHONE CONFERENCE RULINGS:**

**The Court advised counsel of defendant's call to chambers and the substance of his conversation with the case manager.**